UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Beatriz Espinoza,<br><br>              Plaintiff<br><br>v.<br><br>Costco Wholesale Corporation d/b/a Costco Wholesale #685,<br><br>              Defendant | Case No. 2:24-cv-01425-CDS-EJY<br><br>**Order Rejecting Second Proposed Joint Pretrial Order**<br><br>[ECF No. 25] |

    Plaintiff Beatriz Espinoza and defendant Costco Wholesale Corporation filed a second proposed joint pretrial order (ECF No. 25) that, like its predecessor, does not comply with Local Rules 16-3 and 16-4.

    Although the parties have now included objections to their exhibits, based on the consecutive Bates numbering, both appear to simply list every document that has been produced in this case. And while the parties are not required to list only those exhibits that they are sure to offer at trial, they cannot simply list every document identified in discovery with no attempt to cull. More troublesome, however, is that both sides list some of the same exhibits, yet Costco objects to them. *Compare, e.g.*, ECF No. 25 at 5 (medical records from Neck and Back Clinic (PLTF00022-PLTF00139)) and (medical records from Minimally Invasive Hand Institute (PLTF00140-PLTF00150)), *with id.* at 9 (records from The Neck and Back Clinics (DEF000257-DEF000549)) and (records from The Minimally Invasive Hand Institute (DEF000212-DEF00256)).[1] It therefore seems obvious that the parties did not have a meaningful discussion of the evidence or consider stipulating as required by Local Rule 16-3(b)(8)(B) ("Stipulations on

---

[1] The list is quite lengthy. The plaintiff includes, yet the defendant objects to, medical records from Medical Associates of Southern Nevada, Las Vegas Radiology, Open Sided MRI, Clinical Neurology Specialists, LVC Surgery Center, Zen Anesthesia, and Las Vegas Injury Pain Center (ECF No. 25 at 5–7), yet the defendant also includes in its list, medical records from Clinical Neurology Specialists, Las Vegas Injury Pain Center, Las Vegas Radiology, Medical Associates of Southern Nevada, Zen Anesthesia, Las Vegas Pharmacy, Inc., LVC Surgery Center, and Open Sided MRI (*Id.* at 9–10).

admissibility, authenticity, and/or identification of documents should be made whenever possible.").

The parties also represent that there are no exhibits to stipulate into evidence that may be marked by the clerk. ECF No. 25 at 5. Without even considering the duplicate exhibits, there are numerous exhibits without objection. *See id.* at 5, 7, 9, 10 (e.g., incident report, plaintiff's prior medical records, video surveillance and screen shots, and several other medical records). Local Rule 16-3(b)(8)(A) ("[i]dentify the exhibits the parties agree can be admitted at trial"); LR 16-4 § VII(a) (that "may be so marked by the clerk"). Again, it appears that the parties made no fulsome effort to discuss the presentation of evidence.

Again, Costco's witness list includes numerous "person[s] most knowledgeable." ECF No. 25 at 15–18. However, it appears that some of these witnesses would not be necessary given that are no objections to the exhibits these witnesses would introduce—or if the parties make a concerted effort to review and discuss shared evidence.

## Conclusion

IT IS THEREFORE ORDERED that the parties' second proposed joint pretrial order **[ECF No. 25] is REJECTED**. The parties must confer and submit a third proposed joint pretrial order by October 22, 2025.

Dated: September 23, 2025

_____
Cristina D. Silva
United States District Judge